IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2006 FEB -7  P 4:48

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Peter J. Smith )
_____ )
_____ )
   Plaintiff   )  2:06 CV 118-WKW
       v.     )
Alabama Department of )
Transportation )
_____ )
   Defendant(s) )

## COMPLAINT

1. Plaintiff resides at  401 Boyd Road Shorter, Alabama 36075

2. Defendant(s)' name(s)  Alabama Department of Transportation

   Location of principal office(s) of the named defendant(s)  1409 Coliseum Boulevard Montgomery, Alabama 36130-6350

   Nature of defendant(s)' business  Alabama Department of Transportation

   Approximate number of individuals employed by defendant(s)  2,600

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 2000e-5(g).

4. The acts complained of in this suit concern:

   1. ___ Failure to employ me.
   2. ✓  Termination of my employment.
   3. ___ Failure to promote me.
   4. ___ Other acts as specified below: _____

1

5. Plaintiff is:
   A. ____ Presently employed by the defendant.
   ✓ Not presently employed by the defendant. The dates of employment were October of 1992 To October 8, 2004. Employment was terminated because:

   (1) ✓ Plaintiff was discharged.
   (2) ____ Plaintiff was laid off.
   (3) ____ Plaintiff left job voluntarily.

6. Defendant(s)' conduct is discriminatory with respect to the following:

   A. ✓ My race.
   B. ____ My religion.
   C. ✓ My sex.
   D. ____ My national origin.
   E. ✓ Other, as specified below: Age Lack of Due Process, Consent Decree Violation

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) Mr Patrick Todd Jackson (white male) CE Mr Mark Waites (white male) - Transportation Manager or CEM as well as other Supervisors at Aldot.

8. The alleged discrimination occurred on or about October 8, 2004.

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows:

Supervisors at the ALDOT repeatedly wrote & reprimanded me leading up to a recommendation for suspension later cancelled and a recommendation for termination placed in its place. I was discriminated against for testifying to racially discriminatory actions toward myself as well as Mrs Reeser Knight at her suspension hearing. Retaliated against for participation in the Sept. of 03 Reynolds promotion class settlement and I was removed from the C.E. Construction Register in violation of the consent decree.

10. The alleged illegal activity took place at Alabama Department of Transportation

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about _December of 04_. I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on _11-5-05_.

12. I seek the following relief:

    A. ✓ Recovery of back pay.
    B. ✓ Reinstatement to my former job,

    and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorney's fees.

Date: _2-3-06_

_Peter Q. Smith_
Signature of Plaintiff
_401 Boyd Road_
_Shorter, Alabama 36075_
_(334) 724-0251_
Address & Telephone Number of Plaintiff

3