AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Middle | District of | Alabama |
|---|---|---|

Peter J. Smith

V.

**SUMMONS IN A CIVIL CASE**

Alabama Department of Transportation

CASE NUMBER:        2:06cv118-WKW

TO: (Name and address of Defendant)

Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, AL   36130-6350

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter S. Smith
401 Boyd Road          pro-se
Shorter,  AL 36075
334-724-0251

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

2/28/06

DATE

(By) DEPUTY CLERK