**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Alabama Dept. of Transportation
    1409 Coliseum Blvd.
    Mont., AL 36130-
    6350

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Daph wood_    ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
   Daphne wood                        3-2-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   SJC
   2:06CV118-WK
   MAR 0 2 2006

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☑ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7003 2260 0005 4584 5548

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540