IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PETER J. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:06-CV-00118-WKW |
| | ) |
| ALABAMA DEPARTMENT OF TRANSPORTATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On March 17, 2006, the Defendant filed a *Motion to Dismiss* (Doc. 7) the Plaintiff's claim. Pursuant to the assigned District Judge's referral of this case for action or recommendation on all pretrial matters , it is

**ORDERED** that **the Plaintiff shall file a response to the *Motion,* not later than April 10, 2006**, to show therein any cause why the Defendant's *Motion to Dismiss* should not be granted.

**The *pro se* plaintiff is advised that if he fails to file *any* response** , the court will proceed to decide the merits of Defendant's contention that the complaint – dated February 3, 2006, but not filed until February 7, 2006 – "is procedurally barred and due to be dismissed . . . as it was not filed until the 94th day after [his] receipt of the right-to-sue letter" from the Equal Employment Opportunity Commission on November 5, 2005.

Done this 20th day of March, 2006

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE