RECEIVED
2006 MAY -2 P 11:59
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

In The United States District Court For The Middle District Of Alabama Northern

Peter J. Smith, pro se, )
)
)
Plaintiff, )
)
)
)
v. ) Case No. 2:06-CV-118WKW
)
)
Alabama Department Of )
Transportation, )
)
)
Defendant. )
)

    Plaintiff Peter Smith moves this Court to reconsider its recommendation to dismiss this case, for the following reasons:

    [By the local rules of any District Court, the day of the act, event, or default from which the designated period of time begins to run shall not be

(1)

Respectfully Submitted
Peter J. Smith
Pro Se Plaintiff

Address Of Plaintiff
401 Boyd Road
Shorter, Alabama 36075

(2)

In The United States District Court for the
Middle District of Alabama
Northern Division

Peter J. Smith, pro se,            )
                                    )
                                    )
Plaintiff,                          )
                                    )
                                    )
V.                                  ) Case No. 2:06-CV-118WKW
                                    )
                                    )
Alabama Department of               )
Transportation,                     )
                                    )
                                    )
Defendant.                          )

## Certificate Of Service

I hereby certify that, on May 2, 2006 I filed the Motion To Reconsider with the Clerk of The Court using the outside dropbox.

I also certify that, on the same day a copy of the Motion was served upon the State via the U.S. maili

(3)

State of Alabama Department of Transportation 1409 Coliseum Blvd. Montgomery, Alabama 36110.

(4)

Adress

Peter J. Smith
401 Boyd Road
Shorter, Alabama 36075
(334) 724-0251

(5)