RECEIVED

2006 JUN -1 P 4:40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Peter J. Smith          )
          Plaintiff,    )
                        )
     vs.                )   CIVIL ACTION NO. 2:06 CV 118-WKW
                        )
Alabama Department OF   )
Transportation          )
          Defendant.    )

## NOTICE OF APPEAL

Notice is hereby given that ___Plaintiff___ above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the ___order___ entered in this action on the ___5th___ day of ___May___, ~~19~~ 2006.

___Peter J. Smith___
Signature

___June 1, 2006___
Date of Signature

___401 Boyd Road___
___Shorter, Alabama 36075___
Address