Peter J. Smith
401 Boyd Road,
Shorter, AL. 36075
Appeal Number: 06-13150-B
8-18-06

[Stamp: U.S. COURT OF APPEALS RECEIVED CLERK AUG 23 2006 ATLANTA, GA.]

[Stamp: FILED U.S. COURT OF APPEALS ELEVENTH CIRCUIT AUG 23 2006 THOMAS K. KAHN CLERK]

United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Motion To Extend Time To File:

Plaintiff hereby files this motion to extend time to file the motion and affidavit with the court of appeals to proceed in this case as a pauper. This request is for a period of 5 additional days to file the motion and affidavit. The reason for the request is due to a death in the plaintiffs immediate family.

Sincerely Yours,
Peter J. Smith

[Stamp: GRANTED BY CLERK FOR COURT]
[signature] 8/23/06