IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-13150-B

PETER J. SMITH,

                    Plaintiff-Appellant,

versus

ALABAMA DEPARTMENT OF TRANSPORTATION,

                    Defendant-Appellee.

Appeal from the United States District Court for the

Middle District Of Alabama

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the $450 docketing and $5 filing fees ($455) to the district court clerk within the time fixed by the rules, effective this 7th day of November, 2006.

                    THOMAS K. KAHN
                    Clerk of the United States Court
                    of Appeals for the Eleventh Circuit

                    By: Carolyn Magers
                         Deputy Clerk

                    FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: Carolyn Magers
Deputy Clerk
Atlanta, Georgia

ORD-40